# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Indiana University of Pennsylvania,   :
State System of Higher Education,   :
                Petitioner   :
  :
           v.   :   No. 814 C.D. 2018
  :
Unemployment Compensation   :
Board of Review,   :
            Respondent   :

## ORDER

NOW, this 6th day of February, 2019, upon consideration of Intervenor's Motion to Publish the Court's Opinion, said motion is GRANTED. It is hereby ordered that the opinion filed January 9, 2019, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

 

                                          P. KEVIN BROBSON, Judge